

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re C.B., Individually and as Next Friend
for J.B., a Minor

No. 06-22-00067-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
van Cleef participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED SEPTEMBER 6, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk